UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:   05-564M |
| | ) | 06-007M |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| WILLIAM EDWARD COOK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

    Escape; Bank Robbery

<u>Date of Detention Hearing</u>:    Initial Appearance January 4, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged in case number 05-564 with escape from a halfway house in

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

November 2005, and in case number 06-0007 with Bank Robbery on January 3, 2006.

(2) Defendant has an extensive criminal history. He was not interviewed by pretrial services. There is no additional information regarding his personal history, residence, family ties, ties to this District, physical/mental health or controlled substance use if any, income, financial assets or liabilities.

(3) The defendant does not contest detention.

(4) The defendant poses a risk of nonappearance due to his association with several personal identifiers, history of failing to comply with court orders, the escape charge, and history of failing to appear. He poses a risk of danger due to his criminal history and the nature of the current charges.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  4th  day of  January , 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                    15.13
18 U.S.C. § 3142(i)                                                                             Rev. 1/91
PAGE 3